ALFRED NELSON, as Executor, etc., Respondent, *v.* SUTHERLAND TENNEY, as Assignee, etc., impleaded, etc., Appellant.

(Argued October 20, 1885 ; decided October 30, 1885.)

*John Lindley* for appellant.

*Francis Forbes* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

---

THE FARMERS' LOAN AND TRUST CO., Respondent, FRANCIS H. CAMPBELL et al., Appellants, *v.* THE SOUTHERN TELEGRAPH CO.

(Argued October 20, 1885 ; decided October 30, 1885.)

*John S. Smith* for appellants.

*Herbert B. Turner* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal d smissed.